Judgment in a Civil Case

United States District Court
WESTERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 22-CV-6548

ALLAN D. STONE,

                          Plaintiff,

   v.

LENOVO GLOBAL TECHNOLOGY (United States, Inc.),

                          Defendant.

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant and the case is closed.

Date: February 1, 2024                                       MARY C. LOEWENGUTH
                                                                     CLERK OF COURT

                                                                     By: s/Rosemarie M. Eby-Collom
                                                                          Deputy Clerk